IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES F. PUTNAM**     **PLAINTIFF**

**v.**     **CAUSE NO. 1:13CV204-LG-JMR**

**RON KING**     **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [37] entered by Chief United States Magistrate Judge John M. Roper, Sr., the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [37] entered by Chief United States Magistrate Judge John M. Roper, Sr., be, and the same hereby is, **ADOPTED** as the finding of this Court. The petitioner's cause of action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3rd day of March, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE