IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES F. PUTNAM**                                                                    **PLAINTIFF**

v.                                                                    **CAUSE NO. 1:13CV204-LG-JMR**

**RON KING**                                                                           **DEFENDANT**

## CERTIFICATE OF APPEALABILITY

     A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

      X   A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

     ___ A Certificate of Appealability should issue for the following specific issue(s):

     **SO ORDERED AND ADJUDGED** this the 3rd day of March, 2014.

                                      s/ *Louis Guirola, Jr.*
                                      LOUIS GUIROLA, JR.
                                      CHIEF U.S. DISTRICT JUDGE